No. 12–5667. ACEVEDO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5668. WILLIAMS v. BOWERSOX, SUPERINTENDENT, SOUTH CENTRAL CORRECTIONAL FACILITY. Sup. Ct. Mo. Certiorari denied.

No. 12–5679. GONZALEZ v. EVANS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5680. ROBINSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–5683. GUNTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5685. FREEMAN v. UNITED STATES;
No. 12–5740. MCGARITY v. UNITED STATES; and
No. 12–5790. LAKEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 669 F. 3d 1218.

No. 12–5686. INGRAM v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–5687. GERHARTZ v. PUGH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 12–5693. JABAL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–5694. PATTERSON v. RIOS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 12–5696. BROWN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 12–5697. OLMOS-AMADOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5701. GAYEKPAR v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–5702. BURNELL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–5703. DURHAM v. VARANO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL. C. A. 3d Cir. Certiorari denied.